# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FELIX NACEDO FLORES,

        Plaintiff,

        v.

UNITED STATES OF AMERICA,

        Defendant.

Case No.  1:26-cv-05060-JLT-SAB

ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR PAY FILING FEE

**THIRTY-DAY DEADLINE**

Plaintiff Felix Nacedo Flores filed a complaint on July 1, 2026, bringing claims under the Federal Tort Claims Act.  Plaintiff did not pay the filing fee in this action, nor did he file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Thus, the Court cannot determine whether Plaintiff is entitled to proceed in this action without prepayment of fees.

Therefore, Plaintiff shall complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

/ / /

/ / /

2. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

3. If Plaintiff fails to comply with this order, the Court will recommend the assigned District Judge dismiss this action for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **July 2, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2