# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX NACEDO FLORES,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:26-cv-05060-JLT-SAB<br>ORDER GRANTING MOTION FOR CORRECTION OF MAILING ADDRESS<br>(ECF No. 6) |

Before the Court is Plaintiff's motion for correction of mailing address. (ECF No. 6.) For good cause shown, the Court GRANTS the motion. The Court DIRECTS the Clerk to update Plaintiff's address as listed in his motion. (ECF No. 6.)

IT IS SO ORDERED.

Dated: **September 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge