# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX NACEDO FLORES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:26-cv-05060-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: OCTOBER 26, 2026** |

On July 1, 2026, Plaintiff, who is proceeding *pro se*, commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for November 17, 2026. (ECF No. 4.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, no defendant has answered, nor has Plaintiff filed a summons returned executed or other proof of service.

Therefore, IT IS HEREBY ORDERED that **on or before October 26, 2026**, Plaintiff shall file a status report indicating the status of service upon defendant; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the defendant to appear in this action.

In addition, because Plaintiff is proceeding *pro se*, the Court ADVISES that Plaintiff must comply with Fed. R. Civ. P. 4(m), which provides:

> TIME LIMIT FOR SERVICE. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . . .

Fed. R. Civ. P. 4(m).

The Court observes that more than 90 days have passed since Plaintiff commenced this action, and Plaintiff should move for an extension of time to effectuate service should it be necessary.

**Failure to comply with this order shall result in a recommendation that this matter be dismissed for failure to prosecute and/or failure to timely effectuate service.**

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge