# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX NACEDO FLORES,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:26-cv-05060-JLT-SAB<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(ECF Nos. 12, 13) |

On November 4, 2026, Plaintiff filed a motion for an extension of time to effectuate service through December 29, 2026, and a status report requesting that the initial scheduling conference be continued. (ECF Nos. 12, 13.) On October 29, 2026, this Court previously granted Plaintiff an extension of time to effectuate service and ordered that Plaintiff shall have through January 27, 2027, and continued the initial scheduling conference to March 4, 2027, at 10:00 a.m. (ECF No. 11.) The Court notes that Plaintiff has since filed a notice of change of address, and a copy of the October 29, 2026 order was re-served at Plaintiff's updated address on November 4, 2026. Accordingly, Plaintiff's requests are DENIED as MOOT.

IT IS SO ORDERED.

Dated: **November 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge